## STATEMENT OF FACTS

On or about August 18, 2023, Metropolitan Police Department ("MPD") Officers Griffin and Salkanovic were patrolling the area in front of xxx Xxxxxxxx Xxxxxxx XX, Washington, D.C. xxxxx at approximately 7:00 pm. The officers were aware that Savannah Terrace is an area with significant gun violence and have personally recovered multiple firearms in the past from that location.

After the officers exited their vehicles to conduct a beat check on foot, Noel CARTER turned away from the officers and began running in the opposite direction. Officer Griffin observed CARTER holding his waist as he ran and performing a pulling motion with his right hand from his waistband. Based on the officers' knowledge, training, and experience, officers believed that CARTER was in possession of a firearm. Officers then gave loud verbal commands for CARTER to stop, but CARTER did not comply. Officer Griffin caught up to CARTER and stopped him. Officers placed handcuffs on CARTER and performed a protective pat down. Officers voiced the pre-determined code word for the presence of a firearm and placed CARTER under arrest. The following items were recovered from CARTER during a search incident to arrest:

- One black Glock 17 (Serial Number: ABPF528) with 23 cartridges of ammunition in the magazine and 1 in the chamber. The magazine appears to have a capacity of 40 rounds.
- 16.5 RP 10 White Round Pills (Suspected Oxycodone – testing pending)
- 94 ALV 196 Blue round Pills (Suspected Oxycodone – testing pending)
- 3.7 Oz of Medical Grade Cannabis
- 2 Marijuana Vape pens
- $716.00 in U.S. Currency (in multiple denominations)

Subsequently, on or about August 25, 2023, MPD officers Moore, White and Schemmel were patrolling the area near xxxx Xxxxxxxxx Xxxxxx XX, Washington, D.C. xxxxx, Patrol Service Area ("PSA") 602. Officers were patrolling this location as part of a crime initiative as there had been approximately 11 recorded sounds of gunshots in PSA 602 during the prior seven days based on CIC ShotSpotter.

As the officers were pulling into the parking lot of xxxx Xxxxxxxxx Xxxxxx XX, Officer Schemmel observed three individuals standing behind a parked U-Haul truck. As the officers exited their vehicle, Officer Schemmel observed CARTER immediately stop conversation and walk directly to the counter inside of New Garden Carry-Out restaurant. The officers entered the restaurant and Officer Schemmel began to engage in conversation with CARTER. As CARTER faced Officer Schemmel, Officer Schemmel immediately observed an L-shape print in CARTER's waistband. Officer Schemmel then conducted a protective pat down and felt a hard metallic object, which he immediately recognized to be a firearm. CARTER was then placed under arrest and searched. The following items were recovered from CARTER during a search incident to arrest:
- One Smith & Wesson, M&P 40, .40 caliber, with an obliterated serial number, with one round of ammunition in the chamber, and 10 rounds of ammunition loaded into a 15-capacity magazine.

- A clear bag containing a white-rock-like substance, weighing approximately 9.5 grams with packaging material.  The clear bag contained 12 smaller bags with different amounts of white-rock-like substance.  The white-rock-like substance subsequently field-tested positive for the presence of cocaine base.
- $41.00 in U.S. currency (in multiple denominations).

Given the quantity and packaging of the drugs and U.S. currency in CARTER's possession, officers believed that CARTER was possessing controlled substances with intent to distribute rather than for personal usage.

On both dates – August 18 and 25, 2023 – the officers determined that CARTER had pled guilty to Carrying a Pistol Without a License in 2020, which carries a sentence of greater than one year (2020CF2004095). Therefore, CARTER would have been aware at the time of each arrest that he had a prior conviction for a crime punishable by more than one year.

There are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

Accordingly, I submit that there is probable cause to believe that on August 18, 2023, CARTER violated 18 U.S.C. 922(g)(1) (Unlawful Possession of a Firearm by a Prohibited Person), and that on August 25, 2023, CARTER violated 18 U.S.C. 922(g)(1) (Unlawful Possession of a Firearm by a Prohibited Person), 18 U.S.C. 924(c)(1) (Unlawful Possession of a Firearm in Furtherance of a Drug Trafficking Offense), and 21 U.S.C. 841(a)(1) and 841(b)(1)(C) (Unlawful Possession of Cocaine Base with the Intent to Distribute).

_____
OFFICER JASMINE TURNER
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 6th day of September 2023.*

Zia M. Faruqui
2023.09.06
18:07:29 -04'00'

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE